**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
YSABEL RAMIREZ, individually and on behalf
of others similarly situated,

                Plaintiff,

    - against -

NV MAINTENANCE SERVICES, LLC.,

                Defendant.
-----------------------------------------------------------------X

                            **DEFAULT JUDGMENT**
                            CV 23-874 (GRB) (ARL)

An Order of the Honorable Gary R. Brown, United States District Judge, having been
filed on May 24, 2023; granting Plaintiff's motion for default judgment; awarding Plaintiff:
$33,400.00 in principal damages, prejudgment interest of $350.24, and $5,720.00 in attorney's
fees; and directing the Clerk of the Court to enter default judgment and close this case, it is

**ORDERED AND ADJUDGED** that Plaintiff's motion for a default judgment against
Defendant is granted; that Plaintiff Ysabel Ramirez is awarded a default judgment in the amount
of $39,470.24 against Defendant NV Maintenance Services, LLC; and that this case is closed.

Dated: May 26, 2023
       Central Islip, New York

                                BRENNA B. MAHONEY
                                CLERK OF COURT

                  BY:     /s/ JAMES J. TORITTO
                            DEPUTY CLERK