UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------x

YSABEL RAMIREZ,

                        Case No.: 23-cv-00874-GRB-ARL

Plaintiff,

                        SATISFACTION OF JUDGMENT

-against-

NV Maintenance Services LLC,

Defendants.

---------------------------------x

      WHEREAS, a judgment was entered in the above action on the 26th day of May 2023, in favor of Plaintiff YSABEL RAMIREZ, against Defendant NV Maintenance Services LLC, in the amount of $39,470.24, and said judgment with interest and costs thereon having been compromised and fully satisfied, and it is certified that there are no outstanding executions with any Sheriff or Marshall,

      THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: New York, New York
       August 15, 2023

                                        Jesse Barton, Esq.
                                        CSM LEGAL, P.C.
                                        60 East 42nd St. Suite 4510
                                        New York, NY 10165
                                        Tel: (212) 317-1200; Fax: (212) 317-1620
                                        Email: jbarton@csm-legal.com
                                        *Attorneys for Plaintiff*

STATE OF NEW YORK)

       )   ss.:

COUNTY OF NEW YORK)

      On the 15th day of August, 2023, before me personally came Jesse Barton, to me known and known to be Of Counsel of the firm of CSM Legal, P.C., attorneys for Plaintiff in the above-entitled action, and to be the same person described in and who executed the within satisfaction of judgment and acknowledged to me that he executed the same.

                                              Notary Public

RAMSHA A HASSAN
Notary Public, State of New York
No. 02HA6431864
Qualified in Queens County
Commission Expires April 18, 2026